IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01733-WYD-MEH

COUNTRYMAN NEVADA, LLC, a California limited liability company,

      Plaintiff,

v.

JOHN DOE 1;
JOHN DOE 2;
JOHN DOE 3;
JOHN DOE 4;
JOHN DOE 5;
JOHN DOE 6; and
JOHN DOE 7,

      Defendants.

## ORDER OF DISMISSAL

      In accordance with Plaintiff's Notice of Dismissal of Case filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on January 13, 2015 (ECF No. 23), it is

      ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

      Dated:  January 13, 2015

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge